No. 85–5940. HOLMES v. ILLINOIS. App. Ct. Ill., 5th Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–5949. WHITE v. MISSOURI. Ct. App. Mo., Western Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6253. FORD v. GEORGIA. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6315. WILLIAMS v. ILLINOIS. App. Ct. Ill., 3d Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6350. PODBORNY v. OHIO. Ct. App. Ohio, Cuyahoga County. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6475. CALDWELL v. MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314, and *Allen* v. *Hardy,* 478 U. S. 255 (1986).

No. 85–6549. EVANS v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.